LATHAM v. STATE BINDERY CO. *et al.*

(Opinion filed Oct. 31, 1892.)

Appeal from circuit court, Hughes county.

Action by Harry H. Latham & Co. against the State Bindery Company on three promissory notes. Before a trial was had, defendant made an assignment to Royal F. King for the benefit of its creditors. The assignee, as such, asked for an order to be permitted to intervene, which was denied, and he appeals. Affirmed.

*Peacock & March,* for appellant.

*Horner & Stewart,* for respondent.

KELLAM, J. The facts in this case, and the only question raised, are the same as in McClurg v. Same defendant and appellant, decided at this term, and reported in 3 S. D. 362, 53 N. W. Rep. 428, and for the reasons therein stated, the order appealed from in this case is affirmed. All the judges concurring.